189 So. 923

**Aaron ROBERSON v. STATE.**

8 Div. 762.

Court of Appeals of Alabama.
May 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

186 So. 923

**Alf ROBERSON v. STATE.**

7 Div. 442.

Court of Appeals of Alabama.
Jan. 17, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

177 So. 925

**H. R. ROBERSON v. STATE.**

6 Div. 176.

Court of Appeals of Alabama.
Dec. 7, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

184 So. 920

**Doug (alias Dug) ROBERTS v. STATE.**

4 Div. 443.

Court of Appeals of Alabama.
Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

185 So. 925

**Clyde ROBERTSON v. STATE.**

6 Div. 352.

Court of Appeals of Alabama.
Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

179 So. 926

**Beck ROBINSON v. STATE.**

8 Div. 687.

Court of Appeals of Alabama.
Feb. 8, 1938.

SAMFORD, Judge.
Affirmed.